# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT AUTRY, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE: |
| ) | 08-CV-03797-WSD-ECS |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., ) | |
|    Defendant. ) | |
| _____ ) | |

## **STIPULATION OF DISMISSAL**

COME NOW the Parties in the above-referenced matter and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above styled action shall be dismissed with prejudice against all parties, with each party to bear its own costs and fees.

Respectfully submitted this 23rd day of April, 2009.

Stipulated to by:

| **CARLISLE LAW FIRM** | **FRANZEN & SALZANO, P. C.** |
|---|---|
| /S/ William R. Carlisle | /s/ Marcus G. Keegan |
| (w/permission) | Marcus G. Keegan |
| William R. Carlisle | Georgia Bar No. 410424 |
| 1670 McKendree Church Rd. | 40 Technology Pkwy S., Ste. 202 |
| Building 300, Suite B | Norcross, GA 30092 |
| Lawrenceville, GA 30043 | 770-248-2885 |
| 770-295-0175 | 770-248-2883 (fax) |
| 770-295-0178 (fax) | mkeegan@franzen-salzano.com |
| wrclaw@gmail.com | *Counsel for Defendant* |
| *Counsel for Plaintiff Robert Autry* | |